UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE: **GREGORY HALL OAKLEY**
Manier & Herod
150 4th Avenue North, Suite 2200
Nashville TN 37219-2494

### ORDER OF SUSPENSION

Because the Tennessee Supreme Court suspended the law license of Gregory Hall Oakley, this Court ordered Mr. Oakley to show cause why he should not be suspended from the practice of law in the United States District Court, Eastern District of Tennessee. Mr. Oakley has failed to answer or otherwise respond to the show cause order within the time required. Accordingly, Gregory Hall Oakley is **SUSPENDED** from the practice of law in the United States District Court, Eastern District of Tennessee. The suspension shall be a matter of public record. Upon his reinstatement to the practice of law by the Tennessee Supreme Court, Mr. Oakley may seek reinstatement to the practice of law in the United States District Court, Eastern District of Tennessee, pursuant to E.D.TN. LR83.7.

E N T E R:

R. Allan Edgar
CHIEF UNITED STATES DISTRICT JUDGE