UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| IN RE: Gregory H. Oakley, BPR # 016237<br>4300 Sidco Dr., Ste. 200<br>Nashville, TN 37204 | )<br>)<br>)<br>)<br>)<br>) | **FILED UNDER SEAL**<br>No.: 1:23-dm-02<br><br>Chief District Judge<br>Travis R. McDonough |

## ORDER OF REINSTATEMENT

On April 22, 2002, this Court suspended attorney Gregory H. Oakley from the practice of law in this Court after Mr. Oakley was suspended by the Tennessee Supreme Court for failing to comply with the rule for mandatory legal education. [Docs. 1-2]. Mr. Oakley has now submitted to the Court a Petition for Reinstatement. [Doc. 3].

> Reinstatement shall be had only upon a petition by the disciplined member. A former member who has been suspended or disbarred from the practice of law by this Court because of suspension or disbarment in another court of record may, upon reinstatement to the other court, file a petition for reinstatement to this Court. Each petitioner shall pay an application fee to the Clerk which is not refundable. The petition shall be filed with the Clerk and shall contain a concise statement of the circumstances of the disciplinary proceedings, the discipline imposed, and the grounds that justify reinstatement.

E.D. Tenn. L.R. 83.7(l).

Mr. Oakley's Petition demonstrates that he was reinstated to practice law before the Tennessee Supreme Board in or around 2002 [Doc. 3, ¶ 4] and a review of the Tennessee Supreme Board's website shows that he is currently listed as active.[1] Mr. Oakley avers that although he was readmitted in the Middle and Western District of Tennessee, he "did not realize

---

[1] *See* Attorney Details for Gregory Hall Oakley, Board of Professional Responsibility of the Supreme Court of Tennessee, https://www.tbpr.org/attorneys/016237 (Feb. 22, 2023).

or remember that [he] had been/still was suspended from this Court" until recently. [Doc. 3, ¶¶ 5-6]. Mr. Oakley also submitted proof that he has paid the required reinstatement fee in this Court. [Doc. 3, p. 5].

Accordingly, the Court finds that Mr. Oakley has complied with E.D. Tenn. L.R. 83.7(l) and has demonstrated that he should be readmitted to practice before this Court. Accordingly, the Petition for Reinstatement is **GRANTED** and Gregory H. Oakley is hereby **REINSTATED** to the practice of law in the United States District Court for the Eastern District of Tennessee.

**SO ORDERED:**

_____
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**